# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MIGUEL JOSE ROSAS RODRIGUEZ,

    Petitioner,

    v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and WARDEN, Otay Mesa Detention Center,

    Respondents.

Case No.: 3:26-cv-00575-BTM-MSB

**ORDER DISMISSING CIVIL ACTION AND DIRECTING FINAL JUDGMENT OF DISMISSAL**

//

//

//

26-cv-575

Miguel Jose Rosas Rodriguez petitioned the Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The Court found that the petition did not meet the screening requirements for a habeas petition and dismissed the case without prejudice.  (ECF No. 2, at 3.)  The Court also granted the Petitioner forty-five (45) days to amend his petition.  (*Id.*)  The Court stated that the failure to amend the petition would result in a final judgment of dismissal.  (*Id.*)

The time for the Petitioner to respond to the Order has passed and the Court has received no communication from the Petitioner.  "The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or by indicating to the court that [he] will not do so—is properly met with the sanction of a Rule 41(b) dismissal."  *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004); *see also* Fed. R. Civ. P. 41(b) (providing for involuntary dismissal for failure to prosecute or comply with the federal rules or court order).

Accordingly, the Court **DISMISSES** without prejudice this civil action in its entirety.  The Clerk of the Court is **DIRECTED** to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED.**

Dated:  April 13, 2026

_____
Honorable Barry Ted Moskowitz
United States District Judge

2

26-cv-575